# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

David N. Cohen (DC4287)
EDWARDS ANGELL PALMER & DODGE LLP
51 John F. Kennedy Parkway
Short Hills, NJ 07078-5006
(973) 376-7700
Attorneys for Defendant
Lexington Insurance Company

| | |
|---|---|
| C.R. BARD, INC.<br><br>                    Plaintiff,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY,<br><br>                    Defendant. | Civil Action No.<br><br>[Document Electronically Filed]<br><br>**RULE 7.1 DISCLOSURE STATEMENT ON BEHALF OF DEFENDANT LEXINGTON INSURANCE COMPANY** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Lexington Insurance Company ("Lexington") certifies that Lexington is owned 70% by National Union Fire Insurance Company of Pittsburgh, Pa., 20% by The Insurance Company of the State of Pennsylvania, and 10% by AIG Casualty Company. National Union Fire Insurance Company of Pittsburgh, Pa., The Insurance Company of the State of Pennsylvania, and AIG Casualty Company are wholly owned by AIG Commercial Insurance Group, Inc., which is a wholly owned subsidiary of AIG Property Casualty Group, Inc. which is a wholly owned subsidiary of American International Group, Inc., a publicly traded corporation.

s/ David N. Cohen<br>
David N. Cohen (DC4287)<br>
Edwards Angell Palmer & Dodge LLP<br>
51 John F. Kennedy Parkway<br>
Short Hills, New Jersey 07078<br>
(973) 376-7700<br>
Fax: (973) 376-3380<br>
Email: dcohen@eapdlaw.com<br>
Attorneys for Defendant

Dated: May 31, 2007

### CERTIFICATION OF SERVICE

I hereby certify that on May 31, 2007, a true copy of the within Rule 7.1 Disclosure Statement on behalf of Defendant Lexington Insurance Company was filed and served pursuant to 28 U.S.C. §1446(b), the Federal Rules of Civil Procedure, and/or the District of New Jersey's Local Rules and/or the District of New Jersey's ECF Policies and Procedures; (i) via ECF filing to the Clerk's Office, U.S. District Court, Newark vicinage, M.L. King, Jr., Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, and (ii) via first class mail addressed to Jeffrey M. Pollock, Fox Rothschild LLP, 997 Lenox Drive, Building 3, Lawrenceville, New Jersey 08648-2311.

Dated: May 31, 2007    s/David N. Cohen
David N. Cohen