# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue   New York, NY  10022   212.308.4411   *fax* 212.308.4844   eapdlaw.com

**David N. Cohen**
Direct Dial: (973) 520-2362
E-Mail: Dcohen@eapdlaw.com

November 2, 2007

**VIA ELECTRONIC FILING AND**
**FACSIMILE (973) 297-4906**

Honorable Madeline Cox Arleo
United States Magistrate Judge
Martin Luther King Courthouse
50 Walnut Street, Room 2060
Newark, NJ  07101

Re:   **C.R. Bard, Inc. v. Lexington Insurance Company**
      **Civil Action No. 2:07-cv-02547**

Honorable Judge Arleo:

We represent defendant Lexington Insurance Company in the above-referenced matter and are writing to request an extension of time to serve Lexington's First Request for Production of Documents and First Set of Interrogatories upon plaintiff, C.R. Bard, Inc. ("Bard"). Per the Court's Pretrial Scheduling Order dated October 17, 2007, the parties' first set of discovery requests were due on or before November 1, 2007. Lexington respectfully requests a one week extension to serve its requests on or before November 8, 2007. We have contacted counsel for Bard in connection with our requested extension and counsel has graciously consented to our requested date of November 8, 2007.

Thank you for your consideration of Lexington's request. If acceptable, kindly indicate by signing below.

Respectfully yours,

*David N. Cohen*
David N. Cohen

cc:   Rosean Bassler Dal Bra
      Jeffrey M. Pollock
      Jack Kolpen
      FOX ROTHSCHILD LLP
      Princeton Pike Corp. Center
      997 Lenox Drive – Building 3
      Lawrenceville New Jersey 08649
      Attorneys for PLAINTIFF, C.R. Bard, Inc.

NYC_285509_1/

# EDWARDS ANGELL PALMER & DODGE LLP

Hon. Madeline Arleo, J.S.C.
November 2, 2007
Page 2

ORDERED, that Lexington Insurance Company shall serve its discovery requests on plaintiff, C.R. Bard on or before November 8, 2007.

_____
Magistrate Justice Madeline Arleo