# EDWARDS ANGELL PALMER & DODGE LLP

750 Lexington Avenue  New York, NY 10022  212.308.4411  fax 212.308.4844  eapdlaw.com

**David N. Cohen**
Direct Dial: (973) 520-2362
E-Mail: Dcohen@eapdlaw.com

November 2, 2007

**VIA ELECTRONIC FILING AND**
**FACSIMILE (973) 297-4906**

Honorable Madeline Cox Arleo
United States Magistrate Judge
Martin Luther King Courthouse
50 Walnut Street, Room 2060
Newark, NJ 07101

    Re: **C.R. Bard, Inc. v. Lexington Insurance Company**
           Civil Action No. 2:07-cv-02547

Honorable Judge Arleo:

We represent defendant Lexington Insurance Company in the above-referenced matter and are writing to request an extension of time to serve Lexington's First Request for Production of Documents and First Set of Interrogatories upon plaintiff, C.R. Bard, Inc. ("Bard"). Per the Court's Pretrial Scheduling Order dated October 17, 2007, the parties' first set of discovery requests were due on or before November 1, 2007. Lexington respectfully requests a one week extension to serve its requests on or before November 8, 2007. We have contacted counsel for Bard in connection with our requested extension and counsel has graciously consented to our requested date of November 8, 2007.

Thank you for your consideration of Lexington's request. If acceptable, kindly indicate by signing below.

Respectfully yours,

*David N. Cohen*
David N. Cohen

cc: Rosean Bassler Dal Bra
    Jeffrey M. Pollock
    Jack Kolpen
    FOX ROTHSCHILD LLP
    Princeton Pike Corp. Center
    997 Lenox Drive – Building 3
    Lawrenceville New Jersey 08649
    Attorneys for PLAINTIFF, C.R. Bard, Inc.

## EDWARDS ANGELL PALMER & DODGE LLP

Hon. Madeline Arleo, J.S.C.
November 2, 2007
Page 2

ORDERED, that Lexington Insurance Company shall serve its discovery requests on plaintiff, C.R. Bard on or before November 8, 2007.

_____
Magistrate Justice Madeline Arleo