**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| C.R. BARD, INC., : : Plaintiff, : : v. : : LEXINGTON INSURANCE CO., : : Defendant. : | Civil Action No. 07-2547 (JAG)  **ORDER** |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the request of Defendant Lexington Insurance Co. ("Defendant") for permission, in accordance with this Court's Pretrial Scheduling Order (Pretrial Scheduling Order ¶¶ 5-6, Oct. 17, 2007), to file a motion for summary judgment, pursuant to FED. R. CIV. P. 56, and to stay discovery pending the resolution of such motion; and it appearing that this Court considered the parties' submissions; and good cause appearing;

IT IS on this 15th day of November, 2007,

ORDERED that Defendant's request for permission to file a motion for summary judgment, pursuant to FED. R. CIV. P. 56, be DENIED; and it is further

ORDERED that Defendant's request for a stay of discovery be DENIED; and it is further

ORDERED that a copy of this Order be served on all parties within (7) days of the date of entry of this Order.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.