UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

David N. Cohen (DC4287)
Christopher W. Healy (*pro hac vice*)
EDWARDS ANGELL PALMER & DODGE, LLP
50 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 376-7700
Attorneys for Defendant

| | |
|---|---|
| C.R. BARD, INC.,<br><br>    Plaintiff,<br><br> - against -<br><br><br>LEXINGTON INSURANCE COMPANY,<br>    Defendant. | **STIPULATION EXTENDING TIME TO RESPOND TO DISCOVERY**<br><br>Civil Action No.  2: 07–CV–02547 (JAG) (MCA)<br><br>[Document Electronically Filed] |

**IT IS HEREBY STIPULATED AND AGREED** by and between Fox Rothschild, LLP, attorneys for Plaintiff C.R. Bard, Inc., and Edwards Angell Palmer & Dodge, LLP, attorneys for defendant Lexington Insurance Company ("Lexington") that the time for Lexington to respond to Plaintiff's First Request For The Production of Documents and Plaintiff's First Set of Interrogatories is extended from November 28, 2007 through and including January 14, 2008.

- 2 -

Dated: November 29, 2007

| | |
|---|---|
| s/ David N. Cohen         __ | s/ Jeffrey Pollock_____ |
| David N. Cohen (DC4287) | Jeffrey M. Pollock, Esq. |
| Christopher W. Healy (*pro hac vice*) | Jack L. Kolpen, Esq. |
| EDWARDS ANGELL PALMER & DODGE LLP | FOX ROTHSCHILD LLP |
| Attorneys for Defendants | Attorneys for Plaintiffs |
| 50 Lexington Avenue | 1177 Avenue of the Americas |
| New York, New York 10022 | New York, New York 10036 |
| (212) 308-4411 | (212) 277-6613 |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 29, 2007, a true copy of the within Stipulation for Extension of Time, was filed and served pursuant to 28 U.S.C. § 1446(b), the Federal Rules of Civil Procedure, the District of New Jersey's Local Rules, and/or the District of New Jersey's Local rules and/or the District of New Jersey's ECF Policies and Procedures via ECF filing to the Clerk's Office, U.S. District Court, Newark Vicinage, M.L. King, Jr., Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, 07102.

Dated: November 29, 2007

                                              s/ David N. Cohen
                                              David N. Cohen (DC4287)