# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

David N. Cohen (DC4287)
Christopher W. Healy (*pro hac vice*)
EDWARDS ANGELL PALMER & DODGE, LLP
50 John F. Kennedy Parkway
Short Hills, NJ 07078
(973) 376-7700
Attorneys for Defendant

| | |
|---|---|
| C.R. BARD, INC.,<br><br>           Plaintiff,<br><br> - against -<br><br><br>LEXINGTON INSURANCE COMPANY,<br>           Defendant. | **STIPULATION EXTENDING TIME TO RESPOND TO DISCOVERY**<br><br>Civil Action No. 2: 07–CV–02547 (JAG) (MCA)<br><br>[Document Electronically Filed] |

**IT IS HEREBY STIPULATED AND AGREED** by and between Fox Rothschild, LLP, attorneys for Plaintiff C.R. Bard, Inc., and Edwards Angell Palmer & Dodge, LLP, attorneys for defendant Lexington Insurance Company ("Lexington") that the time for Lexington to respond to Plaintiff's First Request For The Production of Documents and Plaintiff's First Set of Interrogatories is extended from November 28, 2007 through and including January 14, 2008.

NYC_287555_1/

Dated: November 29, 2007

| | |
|---|---|
| s/ David N. Cohen | s/ Jeffrey Pollock |
| David N. Cohen (DC4287) | Jeffrey M. Pollock, Esq. |
| Christopher W. Healy (*pro hac vice*) | Jack L. Kolpen, Esq. |
| EDWARDS ANGELL PALMER & DODGE LLP | FOX ROTHSCHILD LLP |
| Attorneys for Defendants | Attorneys for Plaintiffs |
| 50 Lexington Avenue | 1177 Avenue of the Americas |
| New York, New York 10022 | New York, New York 10036 |
| (212) 308-4411 | (212) 277-6613 |

SO ORDERED:

_____
JOSEPH A. GREENAWAY, JR.   U.S.D.J

12-3-07

- 2 -

NYC_287555_1/