UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.R. BARD, INC. | Civil Action: 07-2547 (JAG) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | Closed |
| LEXINGTON INSURANCE, | |
| Defendant, | |

It appearing that the above captioned matters has been administratively stayed,

It is on the day 23rd of OCTOBER, 2008

ORDERED that the Clerk administratively terminate the action in his records without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation of order, or for any other purpose required to obtain a final determination of the litigation.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREEN AWAY, JR. U.S.D.J.