

Fox Rothschild LLP
ATTORNEYS AT LAW

Mail: P.O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ 08648-2311
Tel 609.896.3600  Fax 609.896.1469
www.foxrothschild.com

Jack L. Kolpen
Direct Dial: (609) 895-3304
Internet Address: jkolpen@foxrothschild.com

October 8, 2009

Hon. Madeline Cox Arleo, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building &
U.S. Courthouse, 50 Walnut Street
Newark, NJ  07101

Re:   **C.R. Bard, Inc. v. Lexington Insurance**
      **Civil Action No.  07-2547 (JAG)**

Dear Magistrate Judge Arleo:

We represent C.R. Bard, Inc. ("Bard"), the plaintiff in the above action, which was administratively terminated by Order dated October 23, 2008 (see attached).  Pursuant to the Order, Bard hereby requests that the action be re-opened for a final determination of the litigation.  We await instruction on how to proceed.

Respectfully submitted,

Jack K—

Jack L. Kolpen

JLK:bc
cc.   Jeffrey W. Dillon, Esquire
      Richard H. Nicolaides, Esquire

LV1 1114734v1 10/08/09

California       Delaware       Florida       Nevada       New Jersey       New York       Pennsylvania

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.R. BARD, INC. | Civil Action: 07-2547 (JAG) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | Closed |
| LEXINGTON INSURANCE, | |
| Defendant, | |

It appearing that the above captioned matters has been administratively stayed,

It is on the day 23rd of OCTOBER, 2008

ORDERED that the Clerk administratively terminate the action in his records without prejudice to the right of the parties to reopen the proceedings for good cause shown for the entry of any stipulation of order, or for any other purpose required to obtain a final determination of the litigation.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREEN AWAY, JR. U.S.D.J.