UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

C.R. BARD, INC.   :   Civil Action: 07-2547 (JAG)
      Plaintiff,   :
    v.   :   O R D E R
LEXINGTON INSURANCE COMPANY,   :
      Defendant,   :

It appearing that the above case was closed in error,

It is on the day 19TH of OCTOBER, 2009

ORDERED that this action is hereby reopened and returned to the active civil calendar.

        S/Joseph A. Greenaway, Jr.
    JOSEPH A. GREENAWAY, JR. U.S.D.J.